JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALLAN COX, | Case No. 2:23-cv-08089-CAS-JDE |
| Petitioner, | |
| v. | JUDGMENT |
| JOHN MERCHANT, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: May 10, 2024

*Christina A. Snyder*
CHRISTINA A. SNYDER
United States District Judge